**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**DOCKET NO. 1:15-cv-00235-FDW-DSC**

| | |
|---|---|
| **DIANNA MAYFIELD,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**CAROLYN W. COLVIN,** )<br>Commissioner of Social Security )<br>Administration, )<br>)<br>Defendant. ) | **ORDER** |

**THIS MATTER** is before the Court on the Memorandum and Recommendation ("M&R"). (Doc. No. 14). The Court, having examined Defendant's objections to the M&R (Doc. No. 15), and Plaintiff's Reply (Doc. No. 16), and having made a de novo finding with respect to the portions objected to, does hereby OVERRULE Defendant's objections and ADOPTS and APPROVES the findings and recommendations set forth in the M&R. The Court GRANTS Plaintiff's Motion for Summary Judgment and Motion to Remand, DENIES Defendant's Motion for Summary Judgment, and REVERSES the Commissioner's decision.

**IT IS SO ORDERED.**

Signed: July 21, 2016

Frank D. Whitney
Chief United States District Judge