# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| DIANNA MAYFIELD**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-00235-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 21, 2016 Order.

July 21, 2016

Frank G. Johns, Clerk
United States District Court